**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2686**

---

EMMETT JOHNSON JAFARI,

Plaintiff - Appellant,

versus

CITY OF RICHMOND, Municipal Corporation;
ROBERT C. BOBB, Individually, and in his Offi-
cial Capacity as City Manager; JERRY JOHNSON,
Individually, and in his Official Capacity as
Deputy City Manager; JOHN A. RUPP, Individ-
ually, and in his Official Capacity as City
Attorney; L. CHESTER BRAZZELL, Individually,
and in his Official Capacity as Director of
Personnel; JEFFREY WOODSON, Individually, and
in his Official Capacity as Director of Parks,
Recreation and Community Facilities; L. ANGEL
JONES, Individually, and in her Official
Capacity as Deputy Director of Parks, Recrea-
tion, and Community Facilities,

Defendants - Appellees.

---

**No. 99-1211**

---

EMMETT JOHNSON JAFARI,

Plaintiff - Appellant,

versus

ROBERT C. BOBB, Individually, and in his Offi-
cial Capacity as City Manager; JERRY JOHNSON,
Individually, and in his Official Capacity as
Deputy City Manager; JEFFREY WOODSON, Indi-
vidually, and in his Official Capacity as
Director of Parks, Recreation and Community
Facilities,

                                    Defendants - Appellees,

          and

CITY OF RICHMOND, Municipal Corporation; JOHN
A. RUPP, Individually, and in his Official Ca-
pacity as City Attorney; L. CHESTER BRAZZELL,
Individually, and in his Official Capacity as
Director of Personnel; L. ANGEL JONES, Indi-
vidually, and in her Official Capacity as
Deputy Director of Parks, Recreation, and
Community Facilities,

                                    Defendants.

_____

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia at Richmond.  Richard L. Williams, Senior Dis-
trict Judge.  (CA-98-419-3)

_____

Submitted:  April 20, 1999          Decided:  July 13, 1999

_____

Before NIEMEYER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Emmett Johnson Jafari, Appellant Pro Se.  Beverly Agee Burton,
Assistant City Attorney Keith Allen May, CITY ATTORNEY'S OFFICE,
Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Emmett Johnson Jafari appeals two district court orders, the first order granting Defendants' motion for summary judgment, denying his motion for entry of default judgment, and dismissing his sexual discrimination claims under Title VII for lack of subject-matter jurisdiction, and the second order granting Defendants Bobb's, Woodson's, and Johnson's motions to dismiss and denying Jafari's motion for entry of default judgment against Defendants. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jafari v. City of Richmond</u>, No. CA-98-419-3 (E.D. Va. Oct. 13, 1998 and Jan. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>